Submitted on record and briefs March 7, judgment affirmed in CA A62136; conviction
affirmed and case remanded for resentencing in CA A62127 March 28, 1990

STATE OF OREGON,
*Respondent,*

*v.*

JAMES ALAN NELSON,
*Appellant.*

(890351M, 890625M; CA A62136 (Control), A62137)
(Cases Consolidated)

788 P2d 1036

Sally L. Avera, Acting Public Defender, and Henry M. Silberblatt, Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, Janet A. Klapstein, Assistant Attorney General, and Yuan Xing Chen, Certified Law Student, Salem, filed the brief for respondent.

Before Graber, Presiding Judge, and Joseph, Chief Judge, and Riggs, Judge.

## PER CURIAM

On August 9, 1989, defendant entered no contest pleas to two DUII charges. The trial court suspended defendant's driver's license for one year in CA A62136 and for three years in CA A62137. The state confesses error in CA A62137. *See State v. Carney,* 94 Or App 302, 305, 765 P2d 232 (1988). We agree.[1]

Judgment affirmed in CA A62136; conviction affirmed and case remanded for resentencing in CA A62137.

---

[1] Although defendant appeals from both judgments of conviction, he assigns error only to the three-year license suspension.